# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN BRAUKMAN, III ,

    Plaintiff,

v.                                            Case No: 8:13-cv-970-T-30TBM

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

    Defendant.
_____

## ORDER

The Court has been advised via a Mediation Results Report (Dkt. #21) and Notice of Settlement and Request for Administrative Closure (Dkt. #22) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of October, 2013.

                                                              JAMES S. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record